UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALAN MELANTY, | Case No. 20-cv-02209-SVK |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| UNKNOWN, | |
| Defendant. | |

Plaintiff's federal civil rights complaint concerns events that occurred at Hampton Roads Regional Jail in Portsmouth, Virginia. Dkt. No. 1. Portsmouth, Virginia lies in the Eastern District of Virginia.

Accordingly, this action is TRANSFERRED to the Eastern District of Virginia, wherein venue properly lies because the events or omissions giving rise to the claims occurred there, and that is where the defendant resides. *See* 28 U.S.C. §§ 127(a), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: April 13, 2020

SUSAN VAN KEULEN
United States Magistrate Judge